RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 26 2015
Abel Acosta, Clerk

UL, 210-11

Michael Stauffacher
PO BOX 12308
Austin Texas 78711-2308

Michael Garrett, DRH
697364
3001 S. Emily Drive (4L)
Beeville Texas 78102

19 MAY 2015

Re: Any Person Language, and Double Jeopardy.

Greetings:

Mr. Stauffacher,

Thank you for taking time to read my letter. I will be brief.

I believe the situation I am about to present before you will set precedent. In the P.C 22.021 Agg. Sexual Assault (2) and (3), specify any person. as ending language.

The language of any; means unspecified person or persons, in the Websters Colligate Dictionary.

(The victim is specified.) The any person is someone other than the victim so (2) and (3) relate to one or ones other than the victim, correct?

Kidnapping becomes Aggravated if one is sexually assaulted thus Aggravated Kidnapping. So why would or how could ones indictment state the any person could be the "victim."

The victim is specified in (1), and (4) is the use of or exhibit of a deadly weapon.

I have found language, the language that another person or any person do not pertain to the victim. So my question would be, is

The indictment correctly worded when it states The sexual assault against the victim; and by act or words occurring in the presence of the victim The actor threatens to cause the death serious bodily injury or kidnapping of ~~any person~~; victim's name in place of any person.

You follow. The victim is the any person? However if one kidnaps the victim its Aggravated Kidnapping (when sexual assault occurs)

Sir this would violate the SWINDLE RULE or ROWAN Rule. Would it not?

I believe that is all I have. I thank you gratefully and May the Lord Bless You. I do hope to hear from you soon.

Sincerely.
Michael Garrett.

cc: file
MDG/mds.